UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SILVIA CARRIZALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:20-CV-00475-HAB-SLC |
| | ) |
| CARLEX GLASS AMERICA, LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective counsel, respectfully stipulate and agree that all of Plaintiff's claims against Defendant, Carlex Glass America, LLC, be dismissed, with prejudice, for the reason that such claims have been resolved.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss all Plaintiff's claims against Defendant, with prejudice. Costs paid.

Respectfully submitted,

| THEISEN & ASSOCIATES, LLC | PAGANELLI LAW GROUP |
|---|---|
| By: /s/ Nathaniel O. Hubley<br>John C. Theisen, #549-02<br>Nathaniel O. Hubley #28609-64<br>810 S. Calhoun Street, Suite 200<br>Fort Wayne, IN 46802<br>Phone: (260) 422-4255<br>Fax: (260) 422-4245<br>Email: jtheisen@theisen-associates.com<br>Email: nhubley@theisen-associates.com | By: /s/ F. Anthony Paganelli<br>F. Anthony Paganelli, (IN 18425-53)<br>Joshua R. Lowry, (IN 32676-29)<br>PAGANELLI LAW GROUP<br>10401 N. Meridian St., Suite 450<br>Indianapolis, IN 46290<br>Phone: (317) 550-1855<br>Fax: (317) 569-6016<br>E-Mail: tony@paganelligroup.com<br>E-Mail: josh@paganelligroup.com |

WIMBERLY LAWSON WRIGHT
DAVES & JONES, PLLC

By: /s/ Fredrick J. Bissinger
Fredrick J. Bissinger, PHV
Howard B. Jackson, PHV
214 Second Avenue North, Ste. 3
Nashville, TN 37201
Phone: (615) 727-1000
Fax: (615) 727-1001
Email: fbissinger@wimberlylawson.com
Email: hjackson@wimberlylawson.com